IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: LETTER OF REQUEST ) <br> FROM SLOVAK REPUBLIC ) <br> IN THE MATTER OF TEODOR BEZAK ) | Misc. No. 22- |

**APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)**

David C. Weiss, United States Attorney for the District of Delaware, by the undersigned Assistant United States Attorney, Jennifer K. Welsh, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Jennifer K. Welsh, Assistant United States Attorney, Commissioner for the purposes of obtaining documents from Bank of America.  Certain information has been requested by the District Court of Partizánske, Slovak Republic ("Slovak Court"), pursuant to a Letter of Request issued in connection with a civil judicial proceeding captioned in the Matter of Teodor Bezak, Foreign Reference Number 2D/186/2021.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

        Respectfully submitted,

        DAVID C. WEISS
        United States Attorney

By:  /s/ Jennifer K. Welsh
        Jennifer K. Welsh
        Assistant U.S. Attorney
        1313 N. Market Street
        Suite 400
        Wilmington, DE 19801
        (302) 573-6277

Dated: December 16, 2022